JOSEPHINE DWYER, PLAINTIFF-APPELLANT, v.
SKYLINE APARTMENTS, INC., DEFENDANT-RESPONDENT.

Argued September 26, 1973—Decided October 9, 1973.

Mr. *Martin J. Loftus,* argued the cause for appellant (*Loftus, Schauer and Cuozzi,* attorneys).

Mr. *Herbert C. Klein,* argued the cause for respondent (*Kreiger and Klein,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division. *Dwyer v. Skyline Apartments, Inc.,* reported at 123 *N. J. Super.* 48. (App. Div. 1973).

*For affirmance* — Chief Justice GARVEN and Justices JACOBS, HALL, SULLIVAN, PASHMAN and CLIFFORD—6.